# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RACHEL BREASHEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-2169 WEB/KMH |
| ) | |
| CORNERSTONE BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties and for good cause shown, the action herein is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

       s/ Wesley E. Brown
       Wesley E. Brown
       Senior Judge

Dated: 10/21/2010